# LEVINE & BLIT, PLLC
## *Attorneys at Law*

800 WESTCHESTER AVENUE – S-322
RYE BROOK, NY 10573
PHONE: (212) 967-3000 - FAX: (212) 967-3010
EMAIL: RMORIARTY@LEVINEBLIT.COM
www.levineblit.com

---------

March 5, 2024

*VIA ECF*

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York

   **Re:** **Letter Motion to Adjourn the Initial Pretrial Conference**
      **1:23-cv-10991-JMF Johnson et al v. Homepeople Corp. d/b/a Romio**

Dear Judge Furman:

 This firm represents all plaintiffs in the above-referenced matter. Plaintiffs filed the complaint in this matter on December 20, 2023, and service of process was completed on all defendants on January 2, 2024. To date, defendants have yet to file a responsive pleading in this case, nor appear in any manner.

 Accordingly, I write to inform the court that this firm intends on filing a motion for default judgment on behalf of all plaintiffs against all defendants by no later than April 1, 2024, and also to request that the Initial Pretrial Conference in this matter, currently scheduled for March 12, 2024, be adjourned *sine die* as no defendant has appeared.

Thank you for your attention to this matter.

Very truly yours,

LEVINE & BLIT, PLLC

Russell S. Moriarty

---

**Application GRANTED.** The initial pretrial conference scheduled for March 12, 2024, is hereby ADJOURNED *sine die*. Plaintiffs shall file any motion for default judgment no later than **April 1, 2024**. If Plaintiffs timely file such a motion and Defendants still have not appeared, the Court will enter a scheduling order setting briefing deadlines and a hearing date for the motion. Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**. The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

March 5, 2024