UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| CHRISTOPHER JOHNSON, | Civil Action No. |
| SEBASTIAN WAHONO, | 1:23-cv-10991-JMF |
| JAMES BAILEY, and, | |
| THOMAS CHRISTINE, | |
| | **DEFAULT** |
| PLAINTIFFS, | **JUDGMENT** |

v.

HOMEPEOPLE CORP. d/b/a ROMIO,
ROMIO, INC., and,
TARIK SANSAL, individually,

                                      DEFENDANTS.
-------------------------------------------------------------------------x

      This action having been commenced on December 20, 2023 by the filing of the Complaint, and a copy of the Summons and Complaint having been served on Defendants, HOMEPEOPLE CORP. d/b/a ROMIO, ROMIO, INC., and TARIK SANSAL, individually, with service having been completed on all Defendants on January 2, 2024, and the proofs of service for all Defendants filed on March 5, 2024, and the Defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: that Plaintiffs having judgment against all Defendants, jointly and severally, as follows:

      For Plaintiff Johnson, in the amount of $9,135 for total unpaid wages; plus $9,135 for liquidated damages; plus $411 for prejudgment interest at the New York Statutory Rate of nine percent per annum; plus $2,750 for damages pertaining to N.Y. Labor Law 195(1); plus $5,000 for damages pertaining to N.Y. Labor Law 195(3);for a total sum of $26,430.00 in favor of Plaintiff Johnson, and against all Defendants;

For Plaintiff Wahono, in the amount of ~~$5,769~~ $4,615 for total unpaid wages; plus ~~$5,769~~ $4,615 for liquidated damages; plus ~~$259~~ $208 for prejudgment interest at the New York Statutory Rate of nine percent per annum; plus $1,000 for damages pertaining to N.Y. Labor Law 195(1); plus $5,000 for damages pertaining to N.Y. Labor Law 195(3); for a total sum of ~~$17,798.00~~ $15,438.00 in favor of Plaintiff Wahono, and against all Defendants;

For Plaintiff Bailey, in the amount of $12,500 for total unpaid wages; plus $12,500 for liquidated damages; plus $562 for prejudgment interest at the New York Statutory Rate of nine percent per annum; plus $2,500 for damages pertaining to N.Y. Labor Law 195(1); plus $5,000 for damages pertaining to N.Y. Labor Law 195(3); for a total sum of $33,062.00 in favor of Plaintiff Bailey, and against all Defendants;

For Plaintiff Christine, in the amount of $5,769 for total unpaid wages; plus $5,769 for liquidated damages; plus $259 for prejudgment interest at the New York Statutory Rate of nine percent per annum; plus $1,250 for damages pertaining to N.Y. Labor Law 195(1); plus $5,000 for damages pertaining to N.Y. Labor Law 195(3); for a total sum of $18,048.00 in favor of Plaintiff Christine, and against all Defendants; and,

For attorneys' fees associated with this action for all Plaintiffs in the amount of ~~$13,060.00~~ $13,160.00 and costs in the amount of $555.00;

For a total amount in favor of all Plaintiffs and against all Defendants, jointly and severally, of ~~$108,953.00~~ $106,693.00

[2]

SO ORDERED.

Dated: _____May 8__, 2024                    _____
　　　　　　　　　　　　　　　　　　　　　　　　HON. JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

The Clerk of Court is directed to terminate ECF No. 22, enter judgment consistent with this Order, and close the case.